Vivian Shevitz
Attorney at Law
150 Greenway Terrace
Forest Hills, New York 11375
(914) 763-2122
Fax: (888) 859-0158
vivian@shevitzlaw.com

February 16, 2010

Hon. Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>Sentencing in United States v. Coren</u>
           07 cr 265 (ENV)

Dear Judge Vitaliano:

    Tomorrow, you will sentence Steven Coren. The prosecutors have made a request for a jail term upwards of 20 years. I write with additional "comparables" – these, concerning conduct that was recently punished where (as Your Honor deems true in this case) the City (its agencies here) were "victims" under labor law offenses and otherwise.

    Brian McLaughlin affected contracts by stealing from contractors and his union. May 20, 2009, Judge Sullivan sentenced McLaughlin to 10 years in prison. He had reportedly stolen $3.1 million from Little Leaguers, lawmakers, contractors and his own union. <u>United States v. McLaughlin</u>, 06-cr-965 (RJS) (S.D.N.Y.) In a pre-sentencing hearing, Judge Sullivan had cited McLaughlin's "abuse of public trust" in bilking millions of dollars from labor groups, his own re-election committee and the Electchester Athletic Association's Little League fund which had collected $95,000 through donor letters that promised, "A Child in Sports Stays Out of the Courts."

McLaughlin took kickbacks from electrical contractors and used the money to buy cars for his wife and a female friend – exploiting people he purported to serve by using stolen money to bankroll a lavish lifestyle.  Judge Sullivan stated that he had planned to give McLaughlin a 15-year term but shaved off five years because he cooperated with prosecutors in an ongoing probe of payoffs involving a Queens politician and a major city electrical contractor, Santo (Sandy) Petrocelli.

More comparable to this case is the sentence meted out to that contractor, Petrocelli.  He was sentenced by Judge Miram Cedarbaum to a <u>3-month</u> term of imprisonment, according to the docket,  09-cr-316 (S.D.N.Y.).  According to the indictment, Petrocelli's company had entered into "lucrative" contracts with the City from 1993-2006, and, in violation of federal labor laws, had engaged in repeated bribery.

These sentences – the ones applicable to conduct involving breaches of trust of the officials who were responsible for the City's contracts and workings, where "harms" to the City were far greater, in quantity and "quality", show the absurdity of the prosecutors' push for incarceration for as long as 262 months.

The 3- months sentence given to Petrocelli should be a guide.  Mr. Coren was a hard working man who went wrong in one episode in his life.  He did not make anything but fees related to his conduct.

This Court should exercise the authority of the law and sentence Mr. Coren to probation or, at most, intermittent or home confinement.

Very truly yours,


Vivian Shevitz